**Order entered October 17, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01555-CR
No. 05-13-01556-CR
No. 05-13-01557-CR

**THOMAS COREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-00737-Y, F13-00406-Y, F13-00407-Y**

## ORDER

The Court **REINSTATES** this appeal.

On September 26, 2014, we ordered the trial court to make findings to determine whether there was a subsequent hearing regarding restitution in these cases. We **ADOPT** the trial court's finding that there was not a hearing regarding restitution subsequent to appellant's guilty plea and sentencing hearing.

We **ORDER** Riann C. Moore to file appellant's brief within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE